[No. 368-41675-2.    Division Two.    July 30, 1971.]

WILLIAM J. RUSSELL et al., *Appellants,* v. TENNA STOCKWELL, *Respondent.*

Appeal from a judgment of the Superior Court for Mason County, No. 8761, Joseph H. Johnston, J., entered April 19, 1968. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 285-3.    Division Three.    August 4, 1971.]

*In the Matter of the Estate of* ROY C. THORNTON, *Deceased.* LUCY ANTOINE, *Appellant,* v. THEO H. THORNTON, *as Executrix, Respondent.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 7006, Delbert R. Scoles, J., entered May 27, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 288-3.    Division Three.    September 17, 1971.]

DINO E. TOMBARI, *Appellant,* v. JOHN M. BENNETT et al., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 193975, Richard J. Ennis, J., entered October 14, 1969. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 483-2.    Division Two.    September 20, 1971.]

*In re* OBI et al., RICHARD OBI, *Appellant,* v. CLALLAM COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Clallam County, No. J. 1725, Joseph H. Johnston, J., entered October 19, 1970. *Dismissed* by unpublished opinion pursuant to RCW 2.06.040.